Jerald Lee Brainin, Esquire, Los Angeles, CA, for Petitioner–Appellant.

Kevin Vienna, Supervising Deputy Attorney General, Office of the California Attorney General, San Diego, CA, for Respondent–Appellee.

Before: FARRIS, LEAVY, and BYBEE, Circuit Judges.

MEMORANDUM **

California state prisoner Hugh Garcia appeals from the district court's order dismissing his 28 U.S.C. § 2254 petition as untimely. We have jurisdiction under 28 U.S.C. § 2253, and we affirm in part, vacate in part, and remand.

▉ Garcia contends that he is entitled to equitable tolling due to the absence of Spanish language legal materials in the prison law library. This claim fails because, although Garcia has submitted some evidence that he attempted to procure both legal assistance and legal materials in Spanish, he has not shown that, throughout the period for which tolling is sought, he was diligently pursuing "either legal materials in his own language or translation assistance from an inmate, library personnel, or other source." *Mendoza v. Carey,* 449 F.3d 1065, 1070 (9th Cir.2006).

▉ Garcia also claims that he is entitled to equitable tolling due to his mental incompetence. Garcia has presented considerable evidence that he suffers from a delusional disorder. Moreover, the crux of the claims in his petition is that his con-

stitutional rights were violated when he was permitted to represent himself at trial notwithstanding this disorder. For these reasons, remand is warranted for an evidentiary hearing to determine whether Garcia's delusional disorder is an extraordinary circumstance that prevented a timely federal filing. *See Holland v. Florida,* —— U.S. ——, 130 S.Ct. 2549, 2560–62, 177 L.Ed.2d 130 (2010); *Laws v. Lamarque,* 351 F.3d 919 (9th Cir.2003) (remand warranted for good-faith allegation that would, if true, support equitable tolling).

We construe Garcia's remaining arguments as a motion to expand the certificate of appealability. So construed, the motion is denied. *See* 9th Cir. R. 22–1(e); *see also Hiivala v. Wood,* 195 F.3d 1098, 1104–05 (9th Cir.1999) (per curiam).

**AFFIRMED in part, VACATED and REMANDED in part.**

**Elisa WENAS, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 08–71287.

United States Court of Appeals, Ninth Circuit.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

586

Submitted March 8, 2011.*

Filed March 17, 2011.

Joubin Nasseri, Nasseri Law Group, Los Angeles, CA, for Petitioner.

Jesse Lloyd Busen, Trial Attorney, Oil, James Arthur Hunolt, Senior Litigation Counsel, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: FARRIS, O'SCANNLAIN, and BYBEE, Circuit Judges.

### MEMORANDUM **

Elisa Wenas, a native and citizen of Indonesia, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his application for asylum, withholding of removal, and protection under the Convention Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence, *Wakkary v. Holder*, 558 F.3d 1049, 1056 (9th Cir.2009), and we deny the petition for review.

The record does not compel the conclusion that Wenas established changed

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.